**Joe H. DEAN**

v.

**Mary Davis HAYS et al.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

Cecil C. Sanders, Lancaster, for appellant.

Robert H. Hays, Lexington, for appellees.

PER CURIAM.

On motion for an appeal from a judgment, supported by an extensive written opinion by the trial judge, construing a clause in the will of Simeon Newton Davis, who died in 1949, we agree with the judgment and conclusion of the trial judge that the fee simple title to the property involved is in Mary Davis Hays under the aforesaid will.

The motion for an appeal is overruled and the judgment is affirmed.